# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re  Brent A. Hull and Donna L. Hull                     Case No. 11-61669
         Debtor                                                                   Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                **Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 9677

**Date of payment change:** 08/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $1,490.59
Principal, Interest, and escrow, if any

**Uniform Claim Identifier:**

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
         Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:  $247.88          New escrow payment:  $256.95

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
         If a notice is not attached, explain why:

Current interest rate: _____        New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)
Reason for change: _____

Current mortgage payment: _____         New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor. ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Elizabeth Davis       Date  05/28/2015
VP Loan Documentation

Print: Elizabeth Davis                Title  VP Loan Documentation

Company  Wells Fargo Home Mortgage        Specific Contact Information:
Address  MAC X7801-014                P: 800-274-7025
3476 Stateview Blvd.                  E: NoticeOfPaymentChangeInquiries@wellsfargo.com
Fort Mill, SC 29715

735052-6851fd42-92a6-4b50-b74c-cc218fc30814

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 11-61669

In re:   Judge: Judge Phillip J Shefferly

Brent A. Hull and Donna L. Hull

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Brent A. Hull<br>Donna L. Hull<br>8257 Elizabeth Ann<br>Utica, MI 48317 |
| Debtor's Attorney: | Neal J. Brand<br>Bankruptcy Attorneys of Michigan, PLLC<br>21700 Northwestern Highway<br>Suite 670<br>Southfield, MI 48075 |
| Trustee: | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |

/s/ Bill Taylor

Authorized Agent



Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

**Escrow account disclosure statement and notice of new mortgage payment**

| | |
|---|---|
| Loan number: | |
| Next payment due date: | April 01, 2015 |
| New payment effective date: | August 01, 2015 |
| New payment amount: | $1,490.59 |
| Shortage amount: | $129.61 |
| Principal balance: | $41,142.66 |
| Interest rate: | 5.000% |
| Statement date: | May 08, 2015 |
| Account review period: | Aug 2014 - Jul 2015 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 7 a.m. - 8 p.m. CT. |

We accept telecommunications relay service calls.

Property address:
8257 ELIZABETH ANN ST
SHELBY TWP MI 48317-4321

BRENT ALLEN HULL
8257 ELIZABETH ANN ST
SHELBY TOWNSHIP MI 48317-4321

Dear BRENT ALLEN HULL:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

**New escrow and mortgage payment amount**

| New payment effective date | Current | New payment ($) | |
|---|---|---|---|
| August 01, 2015[1] | payment ($) | Option 1 | Option 2 |
| Principal and/or interest | 1,233.64 | 1,233.64 | 1,233.64 |
| Escrow payment | 238.96 | 246.15 | 246.15 |
| Escrow shortage/prepayment[2] | 8.92 | 0.00 | 10.80 |
| **Total payment amount** | 1,481.52 | 1,479.79 | 1,490.59 |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your August 01, 2015 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates a shortage of $129.61. We have spread this amount over the next 12 months and included it in the new payment amount. However, any voluntary decision to pay the shortage in full will reduce the payment to $1,479.79. If you voluntarily choose to pay this shortage in full now, please detach this coupon and mail it along with the check to the address that appears on this statement.

**You may use either of the following options to restore your required account balance**

| Option 1: Pay the entire shortage now | Option 2: Pay the shortage over 12 months |
|---|---|
| | **No action required** unless you use a bill pay or 3rd party payment service to pay your mortgage |
| Pay the entire escrow shortage amount of $129.61 using the shortage payment coupon and your new mortgage payment will be $1,479.79. | Pay the escrow account shortage of $129.61 in 12 payments of $10.80 which we've included in your new payment amount of $1,490.59. |

**Attention bill pay and 3rd party payment service customers**: Notify your service of the change to your mortgage payment.

---

**Shortage payment coupon for loan number:**



BRENT ALLEN HULL

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

Note: Due to changes in your taxes and insurance, your mortgage payment may increase even if you voluntarily decide to pay your shortage in full.

Your escrow account review indicates a shortage of **$129.61**. For your convenience, we have spread this amount over **12** months and included it in your new scheduled payment. However, you may choose to pay it in full and your mortgage payment will be **$1,479.79**.

If you choose to pay this shortage in full now, please detach this coupon and mail it along with your check to the address that appears on this coupon. Wells Fargo Bank, N. A. may clear your check electronically. Receipt of your check will authorize us to process your payment as an electronic debit to the account on which the check was written.

*Please do not include this remittance with your mortgage payment.*

**Escrow shortage payment: $129.61**
**New mortgage payment if shortage is paid: $1,479.79**

For informational purposes          Loan number:

The following information covers your projected escrow account activity from Aug 2015 to Jul 2016

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| CITY TAX | 1,971.88 |
| HAZARD INS | 982.00 |
| Total disbursements | 2,953.88 |
| **Scheduled escrow payment** | **246.15[1]** |

1. Your escrow payment is calculated by dividing the total disbursements by 12.

**Projected escrow account activity for the next 12 months**

| Date | Anticipated payments ($) To escrow | From escrow | Description | Escrow balance ($) Projected | Required |
|---|---|---|---|---|---|
| Aug 2015 | | | Starting balance | 1,347.37 | 1,476.98 |
| Aug 2015 | 246.15 | 1,124.44 | SHELBY TOWNSHIP | 469.08 | 598.69 |
| Sep 2015 | 246.15 | 0.00 | | 715.23 | 844.84 |
| Oct 2015 | 246.15 | 0.00 | | 961.38 | 1,090.99 |
| Nov 2015 | 246.15 | 0.00 | | 1,207.53 | 1,337.14 |
| Dec 2015 | 246.15 | 847.44 | SHELBY TOWNSHIP | 606.24 | 735.85 |
| Jan 2016 | 246.15 | 0.00 | | 852.39 | 982.00 |
| Feb 2016 | 246.15 | 0.00 | | 1,098.54 | 1,228.15 |
| Mar 2016 | 246.15 | 982.00 | MEEMIC INSURANCE | 362.69[2] | 492.30[3] |
| Apr 2016 | 246.15 | 0.00 | | 608.84 | 738.45 |
| May 2016 | 246.15 | 0.00 | | 854.99 | 984.60 |
| Jun 2016 | 246.15 | 0.00 | | 1,101.14 | 1,230.75 |
| Jul 2016 | 246.15 | 0.00 | | 1,347.29 | 1,476.90 |
| **Total** | **2,953.80** | **2,953.88** | | | |

These calculations indicate the projected escrow balance will be less than the required escrow balance. The resulting shortage is $129.61. If you choose to pay the shortage in full, the new payment will be $1,479.79.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the annual period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$492.30**
- State law requires that this minimum escrow balance not exceed **$492.30**
- Note: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

**Information about your escrow account shortage**

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 362.69 |
| Less your required minimum escrow account balance ($) | 492.30 |
| **This means your escrow account has a shortage of ($)** | **129.61** |

For informational purposes        Loan number: ▮

The following information covers your escrow account history activity from Aug 2014 to Jul 2015

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Aug 2014 | | | | | Starting balance | 1,433.76 | 1,326.69 |
| Aug 2014 | 238.96 | 0.00[1] | 1,107.12 | 1,124.44[1] | SHELBY TOWNSHIP | 565.60 | 202.25 |
| Sep 2014 | 238.96 | 247.88[1] | 0.00 | 0.00 | | 804.56 | 450.13 |
| Oct 2014 | 238.96 | 247.88[1] | 0.00 | 0.00 | | 1,043.52 | 698.01 |
| Nov 2014 | 238.96 | 247.88[1] | 0.00 | 0.00 | | 1,282.48 | 945.89 |
| Dec 2014 | 238.96 | 247.88[1] | 807.40 | 847.44[1] | SHELBY TOWNSHIP | 714.04 | 346.33 |
| Jan 2015 | 238.96 | 247.88[1] | 0.00 | 0.00 | | 953.00 | 594.21 |
| Feb 2015 | 238.96 | 247.88[1] | 0.00 | 982.00[1] | MEEMIC INSURANCE | 1,191.96 | 139.91- |
| Mar 2015 | 238.96 | 247.88[1] | 953.00 | 0.00[1] | MEEMIC INSURANCE | 477.92 | 107.97 |
| Apr 2015 | 238.96 | 247.88[1] | 0.00 | 0.00 | | 716.88 | 355.85 |
| May 2015 est. | 238.96 | 495.76[1] | 0.00 | 0.00 | | 955.84 | 851.61 |
| Jun 2015 est. | 238.96 | 247.88[1] | 0.00 | 0.00 | | 1,194.80 | 1,099.49 |
| Jul 2015 est. | 238.96 | 247.88[1] | 0.00 | 0.00 | | 1,433.76 | 1,347.37 |
| Totals | 2,867.52 | 2,974.56 | 2,867.52 | 2,953.88 | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**