B 10 (Supplement 1) (12/11)

# United States Bankruptcy Court for
## EASTERN DISTRICT OF MICHIGAN

In re  Brent Hull

Donna Hull

Debtor(s)

Case Number: 1161669
Judge's Initials: PJS
Chapter: 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: PNC Bank, N.A.

Court claim no. (if known):

Last four digits of any number you use to identify the debtor's account: xxxx-xxxx-xxxx-4944

Date of payment change: 08/24/15
Must be at least 21 days after date of this notice

New total payment: $438.32
Principal, interest, and escrow, if any

### PART 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[X] No

[ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $_____    New escrow payment: $_____

### PART 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### PART 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[ ] No

[X] Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: Principal Change

Current mortgage payment: $438.31    New mortgage payment: $438.32

B 10 (Supplement 1) (12/11)

## PART 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[X] I am the creditor.     [ ] I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

| | | | |
|---|---|---|---|
| Signature | /s/ Judy Borkey | Date | July 31, 2015 |
| Print: | Judy Borkey | Title: | Support Specialist |
| Company Address: | PNC Bank, N.A.<br>PNC Bank, National Association<br>P.O. Box 94982<br>Cleveland, OH<br>44101-4982 | | |
| Contact Phone | 1-866-622-2657 Ext. 66615 | Email: | |